GOLDBERG v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First De-

partment. February 10, 1905.) Action by Jacob Goldberg against the Interurban Street Railroad Company. No opinion. Motion denied, with $10 costs.